**Slip Op. 08-29**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
_____
                               )
AD HOC UTILITIES GROUP,        )
                               )
        Plaintiff,             )
                               )
        v.                     )
                               )
UNITED STATES,                 )      Court No. 06-00229
                               )      Before: Pogue, Judge
        Defendant,             )
                               )
        and                    )
                               )
USEC Inc. and United States    )
Enrichment Corporation,        )
                               )
        Defendant-Intervenors. )
                               )
                               )
_____)
                               )
TECHSNABEXPORT,                )
                               )
        Plaintiff,             )
                               )
        v.                     )
                               )
UNITED STATES,                 )      Court No. 06-00228
                               )      Before: Pogue, Judge
        Defendant,             )
                               )
        and                    )
                               )
USEC INC. and UNITED STATES    )
ENRICHMENT CORPORATION         )
                               )
        Defendant-Intervenors.)
_____)
```

**ORDER**

On August 28, 2007, the court ordered consolidation of the captioned matters. Pursuant to USCIT R. 41(a)(2), Plaintiff Techsnabexport ("Tenex") now moves to dismiss its action, "in pre-consolidated court number 06-00228." Tenex's motion "does not pertain to the action under court number 06-00229." Plaintiff Ad Hoc Utilities Group ("AHUG") opposes dismissal, but argues in the alternative that court number 06-00229 be severed and allowed to continue.

Upon consideration of the parties papers and arguments,

IT IS HEREBY ORDERED that:

a.   court number 06-00228 and court number 06-00229 are hereby severed;

b.   Tenex's motion to dismiss pre-consolidated court number 06-00228 is granted and that action is hereby dismissed;

c.   court number 06-00229 continues.


                                          /s/ Donald C. Pogue
                                         Donald C. Pogue, Judge



Dated:    March 12, 2008
          New York, NY